Decker v. Decker.

OLIVER DECKER

V.

ROSINA DECKER ET AL.

The appeal is dismissed, as the court has no jurisdiction, a freehold being involved.

APPEAL from the Circuit Court of Cass county; the Hon. LYMAN LACEY, Judge, presiding. Opinion filed June 30, 1885.

Mr. R. W. MILLS and Mr. JAMES McCARTNEY, for appellant.

Messrs. MORRISON & WHITLOCK, for appellees.

PER CURIAM. There is a freehold involved in this case. We have no jurisdiction of the subject-matter, and must dismiss the appeal on our own motion. Gen. Laws 1879, Sec. 2, page 222; Chap. 110, Sec. 88, Rev. Stat.; Gage v. Busse, 94 Ill. 590; People v. Holtz, 92 Ill. 426; Wright v. People, 92 Ill. 596; Monroe v. Van Meter, 100 Ill. 347.

The record may be withdrawn.

Appeal dismissed.